**408** SMITH ET AL. vs. CIRCUIT JUDGE (Wayne), No. 12104½. .

To compel respondent to vacate an order allowing the sum of $100 to a circuit court commissioner as commission on the sale of certain real estate, and the investment of the proceeds.

Denied July 28, 1891.

Relators contended that no further allowance could be made than the taxable fees, under How. Stat., Sec. 9010. Respondent insisted that under the general power given in said section, after the enumeration of the specified fees, the court had the authority to make the allowance, and in any event under the last paragraph of Ch. Rule 118 the court had the power.

**409** FREEMAN (Admr.) vs. PROBATE JUDGE (Washtenaw), 79 M., 390.

To vacate an order granting an allowance to a widow under the statute (How., Sec. 5842).

Denied January 3, 1890.

Held, (1) that an administrator is entitled to notice of the application of a widow for an allowance for her support pending the settlement of the estate, under the statute, and to be heard upon such allowance, and an order made without such notice is void, but it appeared that, upon the protest of relator, all proceedings under the first order, which was made without notice, were abandoned and a petition filed and relator cited to appear; (2) that no formal or sworn petition is required to be presented by a widow to the probate judge to obtain an order for an allowance for her support under the statutes; (3) that such orders are in the discretion of the probate judge, who may modify or rescind them at any time, and appellate courts will not interfere, except where there has been an abuse of discretion.